| | |
|---|---|
| J. Karl Viehman (TX 20579390)<br>karl.viehman@bowmanandbrooke.com<br>Suzanne H. Swaner (TX 90001631)<br>suzanne.swaner@bowmanandbrooke.com<br>Yesenia Cardenas-Colenso (TX 24047542)<br>yesenia.cardenas@bowmanandbrooke.com<br>BOWMAN AND BROOK LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, TX 75201<br>Tel: (972) 616-1700 / Fax: (972) 616-1701<br>**Attorneys for Defendants**:<br>Gulf States Toyota, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Corporation, Toyota Motors Engineering and Manufacturing North America, Inc., James Hodge, Inc. d/b/a Toyota of Muskogee, Aisan Industry Co., Ltd., and CTS Corporation | Brenda Bishop<br>25574 Highway 51<br>Tahlequah, OK 74464-1933<br>**Plaintiff (Pro Se)**<br><br>James J. Yukevich (SBN 159896)<br>jyukevich@yukelaw.com<br>Raymond H. Hua (SBN 222466)<br>rhua@yukelaw.com<br>YUKEVICH CALFO & CAVANAUGH<br>355 South Grand Avenue, 15th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 362-7777 / Fax: (213) 362-7788<br>**Attorneys for Defendant:**<br>DENSO International America, Inc. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BISHOP,<br><br>   Plaintiff.<br>v.<br><br>GULF STATES TOYOTA, INC., ET AL.,<br><br>   Defendants. | Case No. 8:10-cv-01377 JVS (FMOx)<br><br>**STIPULATION OF DISMISSAL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brenda Bishop and Defendants Gulf States Toyota, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Corporation, Toyota Motor Engineering and Manufacturing North America, Inc., James Hodge, Inc. d/b/a Toyota of Muskogee, Aisan Industry Co., Ltd., DENSO International America, Inc. and CTS Corporation (collectively "Defendants") hereby stipulate to the dismissal with prejudice of Plaintiff's claims, actions, and causes of action asserted against Defendants in the above-styled and numbered cause, with each party to bear their respective costs of litigation, attorney's fees, and expenses.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: 01/10/13 | *[signature]*<br>**BRENDA BISHOP**<br>25574 Highway 51<br>Tahlequah, OK 74464-1933<br>**PLAINTIFF (Pro Se)** |
| Dated: 01/10/13 | *[signature]*<br>J. KARL VIEHMAN (TBN 20579390)<br>karl.viehman@bowmanandbrooke.com<br>SUZANNE H. SWANER (TBN 90001631)<br>suzanne.swaner@bowmanandbrooke.com<br>YESENIA CARDENAS-COLENSO (TBN 24047542)<br>yesenia.cardenas@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>2501 N. Harwood Street, Suite 1700<br>Dallas, Texas 75201<br>Tel: 972.616.1700 / Fax: 972.616.1701<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**GULF STATES TOYOTA, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC., JAMES HODGE, INC. D/B/A TOYOTA OF MUSKOGEE, and CTS CORPORATION** |
| Dated: 01/10/13 | *[signature]*<br>JAMES J. YUKEVICH (SBN 159696)<br>jyukevich@yukelaw.com<br>RAYMOND H. HUA (SBN 222466)<br>rhua@yukelaw.com<br>YUKEVICH CALFO & CAVANAUGH<br>355 South Grand Avenue, 15th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 362-7777 / Fax: (213) 362-7788<br><br>**ATTORNEYS FOR DEFENDANT**<br>**DENSO INTERNATIONAL AMERICA, INC.** |

## CERTIFICATE OF SERVICE

On January 10, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Yesenia E. Cardenas-Colenso